UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PHYLLIS HOENSTINE, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:05-cv-0543-RLY-TAB |
| | ) | |
| CITY OF INDIANAPOLIS POLICE DEPARTMENT, | ) ) | |
| Defendant. | ) | |

## FINAL JUDGMENT

Comes now the court, having this day entered summary judgment in Defendant's favor, now enters final judgment in its favor, and against the Plaintiff herein, Phyllis Hoenstine.

**SO ORDERED** this  8th  day of January 2007.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

s/   Christina L. Leighty
_____
By: Deputy Clerk

1

Electronic Copies to:

Robin C. Clay
OFFICE OF CORPORATION COUNSEL
rclay@indygov.org

Allison Wells Gritton
OFFICE OF CORPORATION COUNSEL
agritton@indygov.org

Stephen Arthur Gross
steveagross@sbcglobal.net

Robert S. Rifkin
MAURER RIFKIN & HILL P C
rrifkin@mrhlaw.com